**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __New York__
(State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Taca de México, S.A. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | N/A |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | N/A |
| 4. | **Debtor's address** | **Principal place of business** <br> Avenue / Paseo de la Reforma (Number / Street) <br> 195-301 Col. <br> Cuauhtemoc (City / State / ZIP Code) <br> Mexico D.F. 06-500 (Country) <br><br> **Mailing address, if different from principal place of business** <br> (Number / Street) <br> P.O. Box <br> (City / State / ZIP Code) <br><br> **Location of principal assets, if different from principal place of business** <br> (Number / Street) <br> (City / State / ZIP Code) |
| 5. | **Debtor's website (URL)** | https://avianca.com |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor   Taca de México, S.A.                                    Case number *(if known)*_____
         *Name*

7. **Describe debtor's business**

   A. *Check one:*
   
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply:*
   
   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   
   4 8 1 1

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   
   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check all that apply*:
   
   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
   
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   
   ☐ A plan is being filed with this petition.
   
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   
   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.   District _____   When _____   Case number _____
                                         MM / DD / YYYY
            District _____   When _____   Case number _____
                                         MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ☒ Yes.   Debtor   see attached Schedule 1                Relationship   Affiliate
             District  Southern District of New York          When          Date Hereof
                                                                            MM / DD / YYYY
             Case number, if known _____

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page **2**

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor ____Taca de México, S.A._____    Case number *(if known)*_____
           Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|---|
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>     What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>                              Number        Street<br>_____<br>_____<br>City                                    State       ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>     Contact name _____<br>     Phone _____ |

| **Statistical and administrative information** |
|---|

| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|
| 14. | **Estimated number of creditors** *(on a consolidated basis)* | ☐ 1-49                ☐ 1,000-5,000           ☒ 25,001-50,000<br>☐ 50-99              ☐ 5,001-10,000          ☐ 50,001-100,000<br>☐ 100-199          ☐ 10,001-25,000         ☐ More than 100,000<br>☐ 200-999 |
| 15. | **Estimated assets** *(on a consolidated basis)* | ☐ $0-$50,000                      ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000             ☐ $10,000,001-$50 million     ☒ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000           ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million          ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page **3**

Debtor   Taca de México, S.A.                    Case number (if known) _____
         Name

**16. Estimated liabilities**
(on a consolidated basis)

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☒ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/10/2020
             MM / DD / YYYY

✗ /s/ Miguel Angel Cardona                    Miguel Agel Cardona
Signature of authorized representative of debtor   Printed name

Title  Authorized Signatory

**18. Signature of attorney**

✗ /s/ Evan R. Fleck                            Date  05/10/2020
Signature of attorney for debtor                     MM / DD / YYYY

Evan R. Fleck
Printed name
Milbank LLP
Firm name
55          Hudson Yards
Number      Street
New York                          NY      10001
City                              State   ZIP Code

(212) 530-5000                    efleck@milbank.com
Contact phone                     Email address

4012662                           NY
Bar number                        State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

American LegalNet, Inc.
www.FormsWorkFlow.com

## SCHEDULE 1

## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York. The Debtors have moved for joint administration of these cases for procedural purposes only under the case number assigned to the chapter 11 case of Avianca Holdings S.A.

1. Aero Transporte de Carga Unión, S.A. de C.V.
2. Aeroinversiones de Honduras, S.A.
3. Aerovías del Continente Americano S.A. Avianca
4. Airlease Holdings One Ltd.
5. America Central (Canada) Corp.
6. America Central Corp.
7. AV International Holdco S.A.
8. AV International Holdings S.A.
9. AV International Investments S.A.
10. AV International Ventures S.A.
11. AV Investments One Colombia S.A.S.
12. AV Investments Two Colombia S.A.S.
13. AV Taca International Holdco S.A.
14. Avianca Costa Rica S.A.
15. Avianca Holdings S.A.
16. Avianca Leasing, LLC
17. Avianca, Inc.
18. Avianca-Ecuador S.A.
19. Aviaservicios, S.A.
20. Aviateca, S.A.
21. Avifreight Holding Mexico, S.A.P.I. de C.V.
22. C.R. Int'l Enterprises, Inc.
23. Grupo Taca Holdings Limited
24. International Trade Marks Agency Inc.
25. Inversiones del Caribe, S.A.
26. Isleña de Inversiones, S.A. de C.V.
27. Latin Airways Corp.
28. Latin Logistics, LLC
29. Nicaraguense de Aviación, Sociedad Anónima (Nica, S.A.)
30. Regional Express Américas S.A.S.
31. Ronair N.V.
32. Servicio Terrestre, Aereo y Rampa S.A.
33. Servicios Aeroportuarios Integrados SAI S.A.S.
34. Taca de Honduras, S.A. de C.V.
35. Taca de México, S.A.
36. Taca International Airlines S.A.
37. Taca S.A.
38. Tampa Cargo S.A.S.
39. Technical and Training Services, S.A. de C.V.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
TACA DE MÉXICO, S.A., : Case No. 20-_____(__)
: 
                Debtor. : (Joint Administration Requested)
: 
---------------------------------------------------------------x

**CORPORATE OWNERSHIP STATEMENT PURSUANT**
**TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007 AND 7007.1**

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the Debtor's equity interests:

| Shareholder | Approximate Percentage of Equity Interest Held |
|---|---|
| Aviacorp Enterprises, S.A. | 99.99% |
| Taca S.A. | Holds 100.0% of the equity interest of Aviacorp Enterprises, S.A. |
| AV Taca International Holdco S.A. | Holds 100.0% of the equity interest of Taca S.A. |
| Grupo Taca Holdings Limited | Holds 100.0% of the equity interest of AV Taca International Holdco S.A. |
| AV International Ventures S.A. | Holds 100.0% of the equity interest of Grupo Taca Holdings Limited |
| AV International Holdco S.A. | Holds 100.0% of the equity interest of AV International Ventures S.A. |
| Avianca Holdings S.A. | Holds 100.0% of the equity interest of AV International Holdco S.A. |
| Kingsland Holdings Limited | Holds 21.9% of the equity interest of Avianca Holdings S.A. |
| BRW Aviation LLC | Holds 78.1% of the equity interest of Avianca Holdings S.A. |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
AVIANCA HOLDINGS S.A., *et al.*,[1] : Case No. 20-_____(__)
: 
Debtors. : (Joint Administration Requested)
: 
---------------------------------------------------------------x

## CONSOLIDATED LIST OF CREDITORS HOLDING FIVE (5) LARGEST SECURED CLAIMS

The following is a list of those creditors holding the five (5) largest secured claims against the Debtors, on a consolidated basis, as of January 29, 2020. This list has been prepared from the books and records of the Debtors for filing in the Debtors' chapter 11 cases.

The information set forth herein shall not constitute an admission of liability by, nor is binding on, the Debtors and the failure to list a claim as contingent, disputed or subject to set off shall not be a waiver of any of the Debtors' rights relating thereto.

---

[1] The Debtors in these chapter 11 cases, and each Debtor's federal tax identification number (to the extent applicable), are as follows: Avianca Holdings S.A. (N/A); Aero Transporte de Carga Unión, S.A. de C.V. (N/A); Aeroinversiones de Honduras, S.A. (N/A); Aerovías del Continente Americano S.A. Avianca (N/A); Airlease Holdings One Ltd. (N/A); America Central (Canada) Corp. (00-1071563); America Central Corp. (65-0444665); AV International Holdco S.A. (N/A); AV International Holdings S.A. (N/A); AV International Investments S.A. (N/A); AV International Ventures S.A. (N/A); AV Investments One Colombia S.A.S. (N/A); AV Investments Two Colombia S.A.S. (N/A); AV Taca International Holdco S.A. (N/A); Avianca Costa Rica S.A. (N/A); Avianca Leasing, LLC (47-2628716); Avianca, Inc. (13-1868573); Avianca-Ecuador S.A. (N/A); Aviaservicios, S.A. (N/A); Aviateca, S.A. (N/A); Avifreight Holding Mexico, S.A.P.I. de C.V. (N/A); C.R. Int'l Enterprises, Inc. (59-2240957); Grupo Taca Holdings Limited (N/A); International Trade Marks Agency Inc. (N/A); Inversiones del Caribe, S.A. (N/A); Isleña de Inversiones, S.A. de C.V. (N/A); Latin Airways Corp. (N/A); Latin Logistics, LLC (41-2187926); Nicaraguense de Aviación, Sociedad Anónima (Nica, S.A.) (N/A); Regional Express Américas S.A.S. (N/A); Ronair N.V. (N/A); Servicio Terrestre, Aereo y Rampa S.A. (N/A); Servicios Aeroportuarios Integrados SAI S.A.S. (92-4006439); Taca de Honduras, S.A. de C.V. (N/A); Taca de México, S.A. (N/A); Taca International Airlines S.A. (N/A); Taca S.A. (N/A); Tampa Cargo S.A.S. (N/A); Technical and Training Services, S.A. de C.V. (N/A). The Debtors' principal offices are located at Avenida Calle 26 # 59 – 15 Bogotá, Colombia.

| | Creditor / Address | Claim Amount | Debt Type | Description of Collateral |
|---|---|---|---|---|
| 1 | Wilmington Savings Fund Society, FSB<br>500 Delaware Avenue<br>Wilmington, DE 19801<br>Tel: 302-888-7240<br>Email: phealy@wsfsbank.com | $484,419,000.00 | Bonds | Aircraft residual value and certain intellectual property |
| 2 | UMB Bank, N.A.<br>Marilee Sobieski<br>6550 S. Millrock Drive, Suite 150<br>Salt Lake City, UT 84121<br>Tel: 385-715-3013<br>Email: corptrustutah@umb.com<br>Marilee.Sobieski@umb.com | $325,000,000.00 | Long Term Debt | Credit card receivables collections Fiduciary agreement |
| 3 | Wells Fargo Bank Northwest N.A.<br>(in its capacity as Owner Trustee)<br>299 South Main Street, 5th Floor<br>Salt Lake City, UT 84111<br>Tel: 801-246-7142 | $271,117,294.00 | Aircraft Loan Agreement | (1) A319,<br>(3) A320,<br>(2) A321,<br>(2) B787 aircraft |
| 4 | ING Capital LLC US<br>David Jaquet<br>1133 Avenue of the Americas, 8 Fl<br>New York, NY 10036<br>Tel: 646-424-6000<br>Email: David.Jaquet@ing.com | $123,559,193.00 | ECA Aircraft Loan Agreement | One Boeing 787-900 MSN 65315 |
| 5 | Banco De Bogota New York Agency<br>(in its capacity as Agent)<br>Attn: Gladys Gonzalez Cortes<br>Calle 36 # 7-47 Piso 12<br>Bogota, Colombia<br>Email: gonza1@bancodebogota.com.co | $107,250,000.00 | Long Term Debt | Credit card receivables |

**Fill in this information to identify the case and this filing:**

Debtor Name: Taca de México, S.A.

United States Bankruptcy Court for the: Southern District of New York (State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration: Corporate Ownership Statement, Top 5 Secured Creditors List

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/10/2020          ✗ /s/ Miguel Angel Cardona
MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                                Miguel Angel Cardona
                                Printed name

                                Authorized Signatory
                                Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name __AVIANCA HOLDINGS S.A., *et al.*__

United States Bankruptcy Court for the: __Southern__ District of __New York__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11: Consolidated List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 40 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 40 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | WILMINGTON SAVINGS FUND SOCIETY, FSB<br><br>500 DELAWARE AVE, WILMINGTON, DE 19801 USA | RAYE GOLDSBOROUGH<br>+1 302-888-7580<br>rgoldborough@wsfsbank.com | Bond | Unliquidated | | | Unliquidated |
| 2 | CITIBANK, N.A.<br><br>CARRERA 9A #9902, 3RD FLOOR, BOGOTA, COLOMBIA | ELIZABETH REY<br>Elizabeth.rey@citi.com | Loan | Unliquidated | | | Unliquidated |
| 3 | BANCO DE BOGOTA<br><br>CALLE 36 # 7-47, FLOOR 12, BOGOTA, COLOMBIA | RAFAEL ARANGO<br>+57 315-334-3355<br>RARANGO@bancodebogota.com.co | Loan | Unliquidated | | | Unliquidated |
| 4 | WILMINGTON SAVINGS FUND SOCIETY, FSB<br><br>500 DELAWARE AVE, WILMINGTON, DE 19801 USA | RAYE GOLDSBOROUGH<br>+1 302-888-7580<br>rgoldborough@wsfsbank.com | Bond | | | | $65,581,000 |
| 5 | IAE INTERNATIONAL AERO ENGINES AG<br><br>400 MAIN STREET MS 121-10, EAST HARTFORD, CT 06118 USA | WILLIAN RIVERA<br>+1 860-557-1914<br>Willian.Riverall@pw.utc.com | Maintenance Provider | | | | $36,088,520 |
| 6 | BANCO DAVIVIENDA<br><br>CARRERA 7 N 3110, BOGOTA, COLOMBIA | ADRIANA R PARRA GAMBA<br>+57 310-777-5607<br>arparra@davivienda.com | Loan | | | | $33,433,678 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims

20-11133-mg Doc 1 Filed 05/10/20 Entered 05/10/20 17:47:53 Main Document Pg 11 of 20

Debtor  Avianca Holdings S.A., et al.  (if known)
Name

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | GENERAL ELECTRIC & CFM INTERNATIONAL<br><br>1 NEUMANN WAY,<br>CINCINNATI, OH 45215<br>USA | JOSE KLING<br>+1 415-238-2651<br>jose.kling@ge.com | Maintenance Provider | | | $33,427,319 |
| 8 | ROLLS ROYCE PLC<br><br>KINGS PLACE,<br>90 YORK WAY,<br>LONDON, N1 9FX, UK | DAVID GONZALEZ<br>+1 470-328-0725<br>David.Gonzalez-Gomez@Rolls-Royce.com | Maintenance Provider | | | $28,301,046 |
| 9 | SMBC AVIATION CAPITAL<br><br>IFSC HOUSE, IFSC, CUSTOM HOUSE QUAY,<br>DUBLIN, IRELAND | BART HARRINGTON<br>+1 972-974-7093<br>bart.harrington@smbc.aero | Lessor | | | $10,989,992 |
| 10 | SAP COLOMBIA SAS<br><br>ED. TIERRA FIRME<br>PISO 24<br>AK 9N 115 06<br>BOGOTA, COLOMBIA | SANDRA VARGAS<br>+57 1600-3000<br>s.vargas@sap.com | IT Systems and Services | | | $7,214,817 |
| 11 | AVOLON<br><br>NUMBER ONE, BALLSBRIDG BUILDING,<br>1 SHELBOURNE RD,<br>BALLSBRIDGE, DUBLIN, D04 K2R2, IRELAND | RAMON STORTINI<br>+55 119-9293-4000<br>rstortini@avolon.aero | Lessor | | | $6,680,749 |
| 12 | BANCO AGRICOLA<br><br>BOULEVARD CONTITUCION.<br>67 AVENIDA NORTE, ED SAN JOSE DE LA MONTAÑA,<br>SAN SALVADOR,<br>EL SALVADOR | REINA DE LA PAZ CASTILLO TISNADO<br>+503-2267-5200<br>rcarrill@bancoagricola.com.sv | Unsecured Debt | | | $5,000,000 |
| 13 | LAFISE PANAMA<br><br>URBANIZACION SANTA MARIA BUSINESS DISTRICT,<br>PANAMA CITY, PANAMA | RODRIGO ZAMORA TERAN<br>+1 305-878-9305<br>rodrigoz@lafise.com | Unsecured Debt | | | $5,000,000 |
| 14 | TERPEL<br><br>CARRERA 7 #75-51,<br>BOGOTA, COLOMBIA | LUIS FELIPE ROMERO<br>+57 31-0269-3390<br>luis.romero@terpel.com | Fuel | | | $4,907,654 |
| 15 | WORLD FUEL SERVICES<br><br>9800 NW 41ST<br>MIAMI, FL 33178<br>USA | ARMANDO VIDALON<br>+1 305-428-8141<br>avidalon@wfscorp.com | Fuel | | | $4,891,949 |
| 16 | GETCOM<br><br>DG 55-37 41 OF 601<br>BELLO, ANTIOQUIA<br>COLOMBIA | EDUARDO SALAZAR<br>+574-444-3820 ext: 4152<br>david.perez@onelinkbpo.net | Outsourced Services | | | $4,882,420 |
| 17 | KGAL<br><br>TOELZER STRABE 15<br>GARCHING, BAVARIA,<br>GERMANY | KATHRIN DUEKER<br>+49-089-6414-3659<br>kathrin.dueker@kgal.de | Lessor | | | $4,878,420 |

20-11167-mg Doc 1 Filed 05/10/20 Entered 05/10/20 17:47:53 Main Document Pg 12 of 20

Debtor Avianca Holdings S.A., et al. (if (Name if known)
Name

| # | Creditor | Contact | Nature of Claim | | | | Amount |
|---|---|---|---|---|---|---|---|
| 18 | LUFTHANSA GROUP (LUFTHANSA TECHNIK AG)<br><br>CARRERA 7 No 7152 TORRE A, PISO 10<br>BOGOTA, COLOMBIA | LORENA BONILLA<br>+1 786-547-4279<br>lorena.bonilla@lht.dlh.de | Maintenance Provider | | | | $4,442,344 |
| 19 | ORIX AVIATION<br><br>THE OVAL, BLOCK 1 SHELBOURNE RD, DUBLIN 4, D04 E7K5, IRELAND | PAUL O'DWYER<br>+35 38-6382-2960<br>paul.o'dwyer@orix.ie | Lessor | | | | $3,931,656 |
| 20 | BOEING GROUP<br><br>100 N RIVERSIDE PLAZA CHICAGO, IL 60606<br>USA | JESSICA WADDELL<br>+1 425-237-1109<br>bcapaymentdetail@boeing.com | Maintenance Provider | | | | $3,661,913 |
| 21 | GATE GOURMET GROUP<br><br>TV 93-5 A 96<br>BOGOTA, COLOMBIA | RODRIGO DECEREGA<br>+1 305-924-2275<br>rdecerega@gategroup.com | Catering | | | | $3,619,080 |
| 22 | ICBC LEASING CO.<br><br>2 GRAND CANAL SQUARE, GRAND CANAL HARBOUR, DUBLIN 2, IRELAND | DAVID WANG<br>+1 801-246-6508<br>wangzhidong@icbcleasing.com | Lessor | | | | $3,481,925 |
| 23 | BANCO CUSCATLAN<br><br>PIRAMIDE CUSCATLAN, SAN SALVADOR, EL SALVADOR | EDUARDO AMAYA<br>+503-7946-6416<br>eduardo.amaya@bancocuscatlan.com | Unsecured Debt | | | | $3,181,659 |
| 24 | PUMA<br><br>CALLE 81 #11-08,<br>BOGOTA, COLOMBIA | VICTOR DE DIOS<br>+502-4151-4064<br>victordedios@pumaenergy.com | Fuel | | | | $3,156,029 |
| 25 | INMARSAT<br><br>99 CITY ROAD, OLD STREET, EC1Y 1AX,<br>LONDON, UK | RAY VILLAR<br>+1 404-403-0414<br>ray.villar@inmarsat.com | Unsecured Debt | | | | $3,000,000 |
| 26 | AIRBUS GROUP<br><br>1 ROUND POINT MAUICE BELLONIE,<br>PARIS, FRANCE | JESSICA MANZO<br>+33 056-193-3333<br>jessica.manzo@airbus.com | Maintenance Provider | | | | $2,832,045 |
| 27 | CAE COLOMBIA FLIGHT TRAINING SAS<br><br>DG 25G No 95A 85,<br>CEO BOG 3 PISO<br>BOGOTA, COLOMBIA | JOAO DIMAS<br>+55 11-99275-4298<br>joao.dimas@cae.com | Professional Services | | | | $2,828,457 |
| 28 | UTAS - GOODRICH AND HAMILTON (COLLINS)<br><br>7100 INTERMODAL DR LOUISVILLE, KY 40258<br>USA | MARCIA EVERS<br>+1 937-216-5125<br>marcia.evers@collins.com | Maintenance Provider | | | | $2,378,882 |
| 29 | ACCENTURE LTDA<br><br>TV 93 #5-96<br>BOGOTA, COLOMBIA | MARIA SALAZAR<br>+57 1326-6400<br>maria.salazar@accenture.com | IT Systems and Services | | | | $2,361,617 |

| # | Creditor | Contact | Nature of Claim | | | | Amount |
|---|---|---|---|---|---|---|---|
| 30 | MICROSOFT CORPORATION<br><br>CALLE 92 #11-51<br>PISO 10,<br>BOGOTA, COLOMBIA | DANIELA BOTERO<br>+1 425-706-4400<br>v-danibo@microsoft.com | IT Systems and Services | | | | $2,262,732 |
| 31 | NAVBLUE SAS<br><br>295 HAGEY BOULEVARD<br>SUITE 200,<br>WATERLOO, ON N2L 6R5,<br>CANADA | SUSAN MARTINI<br>+1 519-747-1170<br>susan.martini@airbus.com | Professional Services | | | | $2,061,563 |
| 32 | CHEVRON<br><br>6001 BOLLINGER CANYON ROAD,<br>SAN RAMON, CA 94583<br>USA | ZAMIRA DE YCAZA<br>+507-6617-3514<br>zdycaza@chevron.com | Fuel | | | | $2,039,139 |
| 33 | DVB BANK<br><br>PARK HOUSE,<br>16-18 FINSBURGH CIRCUS,<br>6th FLOOR,<br>LONDON, EC2N7EV, UK | MANDEEP CHANA<br>+817 247-2287<br>mandeep.chana@dvbbank.com | Lessor | | | | $1,729,522 |
| 34 | PRATT & WHITNEY CANADA CORP.<br><br>1000 MARIE-VICTORIN BLVD. LONG UEUIL,<br>UC GC 1A1 CANADA | KRISTIAN KNUTH-WINTERFELDT<br>+1 336-225-8239<br>Kristian.Knuth-Winterfeldt@pwc.ca | Maintenance Provider | | | | $1,717,715 |
| 35 | WINGS CAPITAL PARTNERS MNGMT<br><br>4695 MACARTHUR<br>NEWPORT BEACH, CA 92660<br>USA | CESAR ROMERO<br>+1 949-698-3669<br>cesar.romero@wingscap.com | Lessor | | | | $1,699,315 |
| 36 | SAFRAN GROUP<br><br>1 RUE DES FRERES<br>PARIS, FRANCE | ANDRES CHAVES<br>+57 31-7759-8720<br>andres.chaves@safrangroup.com | Maintenance Provider | | | | $1,692,780 |
| 37 | IBM CAPITAL<br><br>4905 STARIHA DRIVE<br>MUSKEGON, MI 49441<br>USA | MONICA PAREDES<br>mparedes@co.ibm.com | Unsecured Debt | | | | $1,604,316 |
| 38 | BANCOLOMBIA<br><br>CARRERA 48 # 26-85<br>MEDELLIN,<br>ANTIOQUIA, COLOMBIA | DIANA CAROLINA MEDINA MUNOZ<br>+57 4448-9048<br>dicmedin@bancolombia.com.co | Unsecured Debt | | | | $1,496,251 |
| 39 | AIRCASTLE<br><br>201 TRESSER BOULEVARD,<br>STAMFORD, CT 06901<br>USA | SERGIO GONZALES<br>+1 203 504 1068<br>sgonzalez@aircastle.com | Lessor | | | | $1,487,389 |
| 40 | SECURITAS GROUP<br><br>CR 63 #17A – 03<br>BOGOTA,<br>COLOMBIA | JOSE BELTRAN<br>abeltran@securitas.com.co | Airport Services | | | | $1,448,222 |

| | |
|---|---|
| **OFFICER'S CERTIFICATE OF THE COMMERCIAL MANAGER (*GERENTE COMERCIAL*) OF TACA DE MÉXICO, S.A.** | **CERTIFICADO DE FUNCIONARIO DEL GERENTE COMERCIAL DE TACA DE MÉXICO, S.A.** |
| **MIGUEL ÁNGEL CARDONA AHUMADA**, acting as the Commercial Manager (*Gerente Comercial*) (the "**Legal Representative**") of **TACA DE MÉXICO, S.A.** (the "**Company**"), **I HEREBY CERTIFY THE FOLLOWING**: | **MIGUEL ÁNGEL CARDONA AHUMADA**, actuando como gerente comercial (el "**Representante Legal**") de **TACA DE MÉXICO, S.A.** (la "**Sociedad**), **POR ESTE MEDIO CERTIFICO LO SIGUIENTE**: |
| **WHEREAS**, by General Ordinary Shareholders Meeting of the Company dated as of February 9, 209, the Legal Representative was appointed by the majority of the shareholders as Commercial Manager (*Gerente Comercial*) of the Company, and therefore, among others, the Legal Representative was granted with general authorities for acts of ownership, acts of administration and for litigation and collections granted pursuant to article 2,554 of the Civil Code for the Federal District and its correlative articles of the civil codes in force in the territory of the Mexican Republic; and | **CONSIDERANDO** que, mediante Asamblea General Ordinaria de Accionistas de la Sociedad de 9 de febrero de 2018, el Representante Legal fue designado por la mayoría de los accionistas como Gerente Comercial de la Sociedad, y como consecuencia, se lo confirieron entre otros, facultades generales para actos de dominio, actos de administración y pleitos y cobranzas, en términos del artículo 2,554 del Código Civil para el Distrito Federal y sus correlativos de los demás ordenamientos civiles vigentes en todo el territorio de la República Mexicana; y |
| **WHEREAS**, as of the date of this certificate, the authorities that were granted to me as Commercial Manager (*Gerente Comercial*), have not been limited or revoked in any way by the Company or its shareholders. | **CONSIDERANDO** que, a la fecha de esta certificación, las facultades que me fueron conferidas como Gerente Comercial, no han sido limitadas, revocadas o modificadas en forma alguna por la Sociedad, o sus accionistas. |
| I, the undersigned, as Legal Representative in exercise of the authority conferred by the shareholders of the Company, have enough authority to perform the following actions, on behalf and in name of the Company: | El suscrito Representante Legal en ejercicio de las facultades que me fueron conferidas por los accionistas de la Sociedad, cuento con facultades suficientes para llevar a cabo los siguientes actos, en nombre y representación de la Sociedad: |
| **I. Approval of the commencement of Chapter 11 Cases.** | **I. Aprobación del comienzo de los Casos del Capítulo 11.** |
| File a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (such | Presentar en representación de la Sociedad, ante un tribunal competente (el "**Tribunal de** |

1

44810.00006

| | |
|---|---|
| voluntary petition, and the voluntary petitions to be filed by the Company's affiliates, collectively, the "**Chapter 11 Cases**") on behalf of the Company in a court of proper jurisdiction (the "**Bankruptcy Court**"); and | **Concurso**"), una declaración voluntaria de concurso conforme al Capítulo 11 del Código de Concurso Mercantil de EUA (dicha declaración voluntaria y aquellas declaraciones voluntarias que sean presentadas por las afiliadas de la Sociedad, conjuntamente, los "**Casos del Capítulo 11**"); y |
| Authorize that any duly empowered officer of the Company and any person authorized by any officer of the Company (including, without limitation, Anko van der Werff, Renato Covelo, José Gurdián, Roberto Kriete, Adrian Neuhauser, and Richard Galindo) (each, individually an "**Authorized Person**" and collectively, the "**Authorized Persons**") be, and each of them individually hereby is, authorized, in the name and on behalf of the Company, appointed as the Company's authorized representatives, and in such capacity, acting alone or together, with power of delegation, be, and they hereby are, authorized and empowered to execute and file on behalf of the Company, including in the Company's capacity as shareholder or member of its subsidiaries, all petitions, schedules, lists, applications, pleadings and other motions, papers, agreements, consents or documents (and to use electronic signatures on any of the foregoing as needed), and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's businesses. | Autorizar a cualquier funcionario debidamente facultado de la Sociedad (incluyendo sin limitar, Anko van der Werff, Renato Covelo, José Gurdián, Roberto Kriete, Adrian Neuhauser, y Richard Galindo) (cada uno individualmente un "**Persona Autorizada**" y conjuntamente los "**Personas Autorizadas**") para que en nombre y representación de la Sociedad, actúen como sus representantes, ya sea de manera individual o conjunta y otorgándoles por virtud de la presente resolución facultades de delegación, y procedan a firmar y presentar en nombre de la Sociedad, incluyendo en nombre de la Sociedad como accionista o socio de sus subsidiarias, cualesquiera declaraciones, peticiones, anexos, listas, solicitudes, alegatos y cualesquiera propuestas, instrumentos, acuerdos, consentimientos o documentos (y a utilizar firmas electrónicas en los mismos, según sea necesario) y llevar a cabo todas y cada una de las acciones que resulten necesarias para obtener dicha declaración de concurso referida en la resolución inmediata anterior, incluyendo sin limitar, cualquier acción que resulte necesaria para mantener el curso ordinario de las operaciones de los negocios de la Sociedad. |

### II. Approval of retention of professionals.

### II. Aprobación para contratar a asesores profesionales.

That each Authorized Person be, and they hereby are, authorized and directed to employ the law firm of Milbank LLP. as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the

Autorizar e instruir a las Personas Autorizadas para contratar a la firma legal Milbank LLP como asesor general en materia de concurso mercantil para representar y asesorar a la Sociedad en la ejecución de sus obligaciones

2

| | |
|---|---|
| Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Persons, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Milbank LLP. | de conformidad con Código de Concurso Mercantil de EUA y para que dichas Personas Autorizadas lleven a cabo todas y cada una de las acciones necesarias para ejercer los derechos y obligaciones de la Sociedad, incluyendo, la presentación de alegatos, y en relación con lo anterior, se autoriza e instruye a cada una de las Personas Autorizadas, con poderes de delegación, para celebrar los contratos correspondientes, pagar los anticipos correspondientes, y causar que se presenten los documentos apropiados para contratar los servicios de Milbank LLP. |
| That each Authorized Person be, and they hereby are, authorized and directed to employ the law firm of Urdaneta, Velez, Pearl & Abdallah Abogados as Colombian restructuring counsel; and in connection therewith, each of the Authorized Persons, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Urdaneta, Velez, Pearl & Abdallah Abogados. | Autorizar e instruir a cada Persona Autorizada de la Sociedad para contratar a la firma legal Urdaneta, Velez, Pearl & Abdallah Abogados como asesores en materia de reestructura, y en relación con lo anterior, se autoriza e instruye a cada una de las Persona Autorizadas, con poderes de delegación, para celebrar los contratos correspondientes, pagar los anticipos correspondientes, y causar que se presenten los documentos apropiados para contratar los servicios de Urdaneta, Velez, Pearl & Abdallah Abogados. |
| That each Authorized Person be, and they hereby are, authorized and directed to employ the law firm of Smith Gambrell and Russell, LLP as aviation counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Persons, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Smith Gambrell and Russell, LLP. | Autorizar e instruir a cada Persona Autorizada de la Sociedad para contratar a la firma legal Smith Gambrell and Russell, LLP como asesor en materia de aviación para representar y asesorar a la Sociedad en y para llevar a cabo sus obligaciones de conformidad con Código de Concurso Mercantil de EUA y para llevar a cabo todas y cada una de las acciones necesarias para ejercer los derechos y obligaciones de la Sociedad, y en relación con lo anterior, se autoriza e instruye a cada una de las Personas Autorizadas, con poderes de delegación, para celebrar los contratos correspondientes, pagar los anticipos correspondientes, y causar que se presenten los documentos apropiados para contratar los servicios de Smith Gambrell and Russell, LLP. |

3

44810.00006

| | |
|---|---|
| That each Authorized Person be, and they hereby are, authorized and directed to employ the firm of Seabury Securities LLC, as financial restructuring advisor and investment banker to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Persons, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Seabury Securities LLC. | Autorizar e instruir a cada Persona Autorizada de la Sociedad para contratar a la firma Seabury Securities LLC como asesor financiero y de reestructura corporativa e institución de inversiones para representar y asesorar a la Sociedad en y para llevar a cabo sus obligaciones de conformidad con Código de Concurso Mercantil de EUA y para llevar a cabo todas y cada una de las acciones necesarias para ejercer los derechos y obligaciones de la Sociedad, y en relación con lo anterior, se autoriza e instruye a cada una de las Personas Autorizadas, con poderes de delegación, para celebrar los contratos correspondientes, pagar los anticipos correspondientes, y causar que se presenten los documentos apropiados para contratar los servicios de Seabury Securities LLC. |
| That each Authorized Person be, and they hereby are, authorized and directed to employ firm of FTI Consulting, Inc., as financial advisor; and in connection therewith, each of the Authorized Persons, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of FTI Consulting, Inc. | Autorizar e instruir a cada Persona Autorizada de la Sociedad para contratar a la firma FTI Consulting, Inc., como asesor financiero, y en relación con lo anterior, se autoriza e instruye a cada una de las Personas Autorizadas, con poderes de delegación, para celebrar los contratos correspondientes, pagar los anticipos correspondientes, y causar que se presenten los documentos apropiados para contratar los servicios de FTI Consulting, Inc. |
| That each Authorized Person be, and they hereby are, authorized and directed to employ the firm of Kurtzman Carson Consultants LLC as notice and claims agent to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Persons, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate | Autorizar e instruir a cada Persona Autorizada de la Sociedad para contratar a la firma Kurtzman Carson Consultants LLC como agente de notificaciones y procesos para representar y asesorar a la Sociedad en y para llevar a cabo sus obligaciones de conformidad con Código de Concurso Mercantil de EUA y para llevar a cabo todas y cada una de las acciones necesarias para ejercer los derechos y obligaciones de la Sociedad, y en relación con lo anterior, se autoriza e instruye a cada una de las Personas Autorizadas, con poderes de delegación, para celebrar los contratos correspondientes, pagar los anticipos |

4

applications for authority to retain the services of Kurtzman Carson Consultants LLC.

correspondientes, y causar que se presenten los documentos apropiados para contratar los servicios de Kurtzman Carson Consultants LLC.

That each Authorized Person be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Persons, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of any other professionals as necessary.

Autorizar e instruir a cada Persona Autorizada de la Sociedad para contratar a cualesquier otros profesionales para asesorar a la Sociedad en y para llevar a cabo sus obligaciones de conformidad con Código de Concurso Mercantil de EUA y para llevar a cabo todas y cada una de las acciones necesarias para ejercer los derechos y obligaciones de la Sociedad, y en relación con lo anterior, se autoriza e instruye a cada una de las Personas Autorizadas, con poderes de delegación, para celebrar los contratos correspondientes, pagar los anticipos correspondientes, y causar que se presenten los documentos apropiados para contratar los servicios de aquellos profesionales que resulten necesarios.

That each Authorized Person be, and they hereby are authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers (and to use electronic signatures on any of the foregoing as needed) and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Persons deem necessary, proper or desirable in connection with the Chapter 11 Cases, with a view to the successful prosecution of such case.

Autorizar e instruir a cada Persona Autorizada para que procedan a firmar y presentar cualesquier declaraciones, peticiones, anexos, listas, solicitudes, alegatos y cualesquier instrumentos en relación con los anteriores (y a utilizar firmas electrónicas en los mismos, según sea necesario), y a contratar y retener toda la asesoría que resulte necesaria, ya se asistencia legal, contable, financiera y a cualesquier otros profesionales y a llevar a cabo y ejecutar cualesquier otras acciones e instrumentos que dichas Personas Autorizadas consideren necesarios, convenientes o deseables en relación con los Casos del Capítulo 11, con el espíritu de obtener un resultado favorable bajo dichos casos.

### III. <u>Approval of several matters.</u>

### III. <u>Aprobación de asuntos varios.</u>

That each of the Authorized Persons (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of

Autorizar y facultar a dichas Personas Autorizadas para que, en nombre y representación de la Sociedad, lleven a cabo o

5

and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such officer's or officers' judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

To grant in favor of Messrs. Anko van der Werff, Renato Covelo, José Gurdián, Roberto Kriete, Adrian Neuhauser, and Richard Galindo to exercise it, either jointly or individually, a GENERAL POWER OF ATTORNEY FOR ACTS OF OWNERSHIP, LAWSUITS AND COLLECTIONS AND ACTS OF ADMINISTRATION, in terms of the first and second paragraph of Article 2,554 of the Civil Code of the Federal District (currently Mexico City) and its corresponding Articles in the Federal Civil Code and in the Civil Codes of the States of the United Mexican States with all general and special powers which according to law must be expressly set forth, including those provided for in articles 2,587, 2,574, 2,582 and 2,593 of the Civil Code for the Federal District (currently Mexico City) and the corresponding articles of the Federal Civil Code and of the Civil Codes of each of the States of the United Mexican States, general as of its authorities but special as of its purpose, as the power of attorney will be limited to appear before any individual and judicial, administrative, civil and labor authorities, whether national or foreign, and any other authority to, including but not limited, submit any writs, motions, petitions, lawsuits, complaints, criminal complaints and grant pardons, to be the plaintiff or interested third party in criminal procedures, to remove any actions submitted before any authority, to settle, submit to arbitral procedure, to articulate and absolve positions, to assign goods, remove judges, receive payments and to execute any other acts expressly permitted by law, including, represent the Company before any judicial,

causen que se lleven a cabo cualesquier otras acciones, y celebren, reconozcan, entreguen y presenten cualesquier contratos, certificados, instrumentos y documentos para pagar todos los gastos, incluyendo sin limitar, cualesquier pago de derechos, en cada caso según a juicio dicho funcionario o funcionarios, resulten necesarios, convenientes o conducentes para llevar acabo el espíritu y lograr los propósitos establecidos en las resoluciones contendías en el presente documento.

Otorgar en favor de los Señores Anko van der Werff, Renato Covelo, José Gurdián, Roberto Kriete, Adrian Neuhauser, y Richard Galindo, para que actúen conjunta o separadamente, un PODER GENERAL PARA ACTOS DE DOMINIO, PLEITOS Y COBRANZAS Y ACTOS DE ADMINISTRACIÓN, según lo previsto en el primer y segundo párrafo del artículo 2,554 del Código Civil para el Distrito Federal (actualmente Ciudad de México) y de sus correlativos en el Código Civil Federal y en todos y cada uno de los códigos de las demás entidades federativas de los Estados Unidos Mexicanos con las facultades generales y especiales que requieran cláusula especial conforme a la ley, inclusive aquellas a las que se refieren los artículos 2,587, 2,574, 2,582 y 2,593 del Código Civil para el Distrito Federal (actualmente Ciudad de México) y sus correlativos de los Códigos Civiles para las entidades federativas de los Estados Unidos Mexicanos y del Código Civil Federal, general en cuanto a sus facultades, pero especial en cuanto a su objeto, pues se encuentra limitado para comparecer ante todo tipo de particulares y autoridades, judiciales, administrativas, civiles y del trabajo, nacionales o extranjeras, y cualquier otra autoridad para, en forma enunciativa, más no limitativa, presentar todo tipo de escritos, promociones, peticiones, demandas, querellas, denuncias penales y otorgar perdones, para constituirse en parte ofendida o coadyuvante en los procedimientos penales, desistirse de las acciones que intentare y de juicios de amparo, para transigir, someterse a arbitraje, para articular y absolver posiciones, para hacer cesión

6

administrative, civil or criminal authorities and before labor tribunals and authorities.

de bienes, para recusar jueces, recibir pagos y ejecutar todos los otros actos expresamente determinados por la ley, entre los que se incluyen, representar ante la Sociedad ante autoridades judiciales, administrativas, civiles o penales y ante autoridades y tribunales del trabajo.

**IN WITNESS WHEREOF**, the undersigned s have duly executed this certificate on May 10, 2020

**EN TESTIMONIO DE LO ANTERIOR**, el suscrito celebra la presente certificación el 10 de mayo de 2020.

**TACA DE MÉXICO, S.A.**

_____
**By:** Miguel Ángel Cardona Ahumada.
**Office:** Commercial Manager (*Gerente Comercial*).

\*\*\*\*\*\*\*\*\*\*

7

44810.00006